IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINA M.,[1] | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | § CIVIL ACTION NO. H-24-3636 |
| FRANK J. BISIGNANO | § |
| *Commissioner of the Social Security Administration*, | § |
| | § |
| Defendant. | § |

### MEMORANDUM AND OPINION ADOPTING THE REPORT AND RECOMMENDATION

The plaintiff, Christina M., filed this action under the Social Security Act, 42 U.S.C. § 405(g), seeking review of the Commissioner's final decision denying her claim for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act. Christina M. and the Commissioner filed cross-motions for summary judgment. (Docket Entry Nos. 8, 9). Christina M. filed a reply. (Docket Entry No. 10). The court has reviewed the Report and Recommendation of Magistrate Judge Dena Hanovice Palermo recommending granting the plaintiff's motion for summary judgment, denying the Commissioner's motion, reversing the Commissioner's finding of no disability, and remanding to the Commissioner for further proceedings. No objections to Judge Palermo's ruling have been filed. After considering the pleadings, the record, and the applicable law, the court adopts Judge Palermo's report and recommendation. (Docket Entry No. 11).

---

[1] The court uses only the plaintiff's first name and last initial. *See* "Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions," Committee on Court Administration and Case Management of the Judicial Conference of the United States (May 1, 2018).

Christina M. filed applications for disability insurance benefits and supplemental security income under Title II and Title XVI, alleging eligibility based on bipolar disorder, depression, back pain, and muscle spasms. An Administrative Law Judge issued a decision denying her request for benefits. On appeal, Christina M. alleges—among other things—that the Administrative Law Judge failed to adequately address the opinions of Dr. Patricia Dawson-Black, a licensed psychologist who conducted a mental status examination. In a detailed report and recommendation, Judge Palermo analyzed the record and the law, recommending granting Christina M.'s motion for summary judgment because the Administrative Law Judge did not sufficiently address the factors of supportability and consistency when evaluating Dr. Dawson-Black's opinions, as required by 20 C.F.R. §§ 404.1520c(b)(2), (c)(1), (c)(2). Because doing so is harmful error in this case, Judge Palermo recommended reversing the Commissioner's determination that Christina M. is not disabled and remanding for proper consideration of Dr. Dawson-Black's opinions. Judge Palermo did not address the other issues raised by Christina M. because she concluded remand is appropriate on this issue.

The court finds that Judge Palermo properly considered the evidence and correctly applied the applicable law. The report and recommendation of Judge Palermo is adopted as this court's memorandum and opinion. An order of remand to the Commissioner is separately entered.

SIGNED on September 16, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge